In re:  Case No. 25-00325-PS
MAJOR L PERRY, JR.  Chapter 13
ADRIENNE M PERRY
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 4
Date Rcvd: Jun 18, 2025      Form ID: pdf001      Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | MAJOR L PERRY, JR., ADRIENNE M PERRY, 5510 N 130TH AVE, LITCHFIELD PARK, AZ 85340-3009 |
| 17623429 | +++ | Ally Capital Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17618242 | + | Discover Bank, c/o John A Baddona, 3040 N Campbell Ave, Ste 200, Tucson AZ 85719-7317 |
| 17618245 | + | Divers Recv, 7588 Central Parke Blvd, Mason OH 45040-6857 |
| 17618260 | + | Solar Mosaic, 426 17th Street, Oakland CA 94612-2820 |
| 17636416 | + | Unifund CCR, LLC, 6681 Country Club Dr, Golden Valley, MN 55427-4601 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17618227 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 18 2025 23:09:34 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 17685866 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 18 2025 23:10:01 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17618228 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 18 2025 22:57:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington IL 55438-0901 |
| 17618229 | + | Email/Text: wwilde@aspennational.com | Jun 18 2025 22:57:00 | Aspen National Collections, Attn: Bankruptcy, Po Box 10689, Brooksville FL 34603-0689 |
| 17618230 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 18 2025 22:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 17648214 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 18 2025 22:57:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 17618232 | + | Email/Text: BKPT@cfna.com | Jun 18 2025 22:57:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland OH 44181-0315 |
| 17622690 | + | Email/Text: BKPT@cfna.com | Jun 18 2025 22:57:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 17618231 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 23:20:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 17618233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2025 23:09:39 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17618234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2025 23:09:37 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17618235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2025 23:09:57 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 17618236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2025 22:58:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17618237 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2025 22:58:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17618238 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2025 22:58:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17618239 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2025 22:58:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17618240 | + | Email/Text: bankruptcynotices@conns.com | Jun 18 2025 22:57:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands TX 77381-5258 |
| 17618241 | + | Email/Text: bankruptcy@connexuscu.org | Jun 18 2025 22:58:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau WI 54402-8026 |
| 17624684 | | Email/Text: mrdiscen@discover.com | Jun 18 2025 22:57:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 17618243 | + | Email/Text: mrdiscen@discover.com | Jun 18 2025 22:57:00 | Discover Financial, Po Box 30939, Salt Lake City UT 84130-0939 |
| 17618244 | + | Email/Text: mrdiscen@discover.com | Jun 18 2025 22:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 17618246 | | Email/Text: BNSFN@capitalsvcs.com | Jun 18 2025 22:57:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls SD 57117 |
| 17618247 | | Email/Text: BNSFS@capitalsvcs.com | Jun 18 2025 22:57:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls SD 57117 |
| 17618248 | | Email/Text: BNBLAZE@capitalsvcs.com | Jun 18 2025 22:57:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls SD 57117 |
| 17679458 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2025 22:57:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-7939 |
| 17618249 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2025 22:57:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel NJ 08054-1210 |
| 17657663 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2025 22:58:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 17680653 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 23:09:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17618250 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 23:09:21 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 17618252 | | Email/Text: EBN@Mohela.com | Jun 18 2025 22:57:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 17644350 | | Email/Text: EBN@Mohela.com | Jun 18 2025 22:57:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 17671095 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2025 22:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 17618251 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2025 22:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 17618256 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 18 2025 22:57:00 | NMAC, Pob 660366, Dallas TX 75266-0366 |
| 17618253 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 18 2025 22:58:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3302, Merrifield VA 22119-3302 |
| 17644362 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 18 2025 22:58:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 17618254 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 18 2025 22:58:00 | Navy Federal Credit Union, Po Box 3700, Merrifield VA 22119-3700 |
| 17618255 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 18 2025 22:58:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln NE 68501-2505 |
| 17618257 | + | Email/PDF: cbp@omf.com | Jun 18 2025 23:09:40 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville IN 47701-0142 |
| 17655295 | + | Email/PDF: cbp@omf.com | Jun 18 2025 23:09:34 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 17668392 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 23:09:24 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 17618258 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 23:09:32 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 17628429 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 22:58:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 17667333 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 22:58:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 17678206 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 22:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 17672789 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 22:58:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 17653783 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 23:09:37 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17618259 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 18 2025 22:58:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth TX 76161-0244 |
| 17618261 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 18 2025 23:09:25 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17618262 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 18 2025 22:58:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook IL 60062-2757 |
| 17618263 | + | Email/Text: closures@collectmoore.com | Jun 18 2025 22:58:00 | The Moore Law Group, PO Box 25145, Santa Ana CA 92799-5145 |
| 17676917 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jun 18 2025 22:57:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 17618264 | + | Email/Text: vci.bkcy@vwcredit.com | Jun 18 2025 22:58:00 | Volkswagen Credit, Inc, 1401 Franklin Blvd., Libertyville IL 60048-4460 |
| 17618265 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Jun 18 2025 22:58:55 | X1 Inc, Attn: Bankruptcy, 548 Market Street, Suite 30684, San Francisco CA 94104-5401 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Cutler | on behalf of Debtor MAJOR L PERRY JR. documents2@phxfreshstart.com, Cutler.DavidR89553@notify.bestcase.com |
| David Cutler | on behalf of Joint Debtor ADRIENNE M PERRY documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | CHAPTER 13 |
|---|---|
| MAJOR L PERRY, JR., | |
| ADRIENNE M PERRY, | CASE NO. 2:25-BK-00325-PS |
| | **STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |
| Debtors. | |

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1-3 | $440.00 |
| 4-60 | $610.00 |

The payments are due on or before the 14th day of each month commencing February 14, 2025. Debtors are advised that when payments are remitted late, additional interest may accrue

- 1 -

on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

Within 14 days of filing them, the Debtors will provide a copy of the 2024 through 2028 federal and state income tax returns to their attorney, who is to provide the returns to the Trustee through www.bkdocs.us.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) <u>Administrative expenses:</u>

<u>Attorney Fees.</u> David Cutler, shall be allowed total compensation of $4,500.00. Counsel received $0.00 prior to filing this case and will be paid $4,500.00 by the Chapter 13 Trustee.

(2) <u>Claims Secured by Real Property:</u>

(a) Freedom Mortgage secured by a first deed of trust in the Debtors residence, shall be paid the pre-petition arrearage of $6,991.73 with 0% interest. Regular post-petition payments, including all post-petition mortgage fees and expenses shall be

- 2 -

paid directly by Debtors to the secured creditor.

(b) Solar Mosaic, secured by a statutory lien on the Debtors residence, shall be paid regular post-petition payments directly by Debtors to the secured creditor. The creditor has not filed a proof of claim and will be paid $0.00 through Chapter 13 Trustee disbursements.

(3) <u>Claims Secured by Personal Property</u>:

(a) VW Credit, Inc., secured by a lien in a 2018 VW Atlas, shall be paid a secured claim of $7,879.42 with 9.500% interest. The creditor will receive adequate protection payments of $100.00 per month. The balance of the debt shall be classified as unsecured.

(b) Ally Capital, secured by a lien in a 2014 BMW 535i, shall be paid a secured claim of $7,663.06 with 9.500% interest. The creditor will receive adequate protection payments of $100.00 per month. The balance of the debt shall be classified as unsecured.

(4) <u>Unsecured Priority Claims:</u>

(a) None.

(5) <u>Surrendered Property:</u>

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

(a) None.

- 3 -

In re Perry
Case No. 2:25-BK-00325-PS

(6) <u>Other Provisions:</u> None.

(7) <u>Unsecured Nonpriority Claims.</u> Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

Russell Brown
2025.06.17
14:12:58 -07'00'

Russell Brown, Trustee

David Cutler
Attorney for Debtors

- 4 -

1 | The Debtors certify: All required State and Federal Income tax returns have been filed No
2 | domestic support obligation is owed or, if owed, such payments are current since the filing of the
3 | Petition.
4 |
5 | _____
6 | MAJOR L PERRY, JR., Debtor
7 |
8 | _____
9 | ADRIENNE M PERRY, Debtor

- 5 -

In re Perry
Case No. 2:25-BK-00325-PS